UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| GINGER H. BRYAN, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 4:15-CV-130-F |
| ) | |
| UNITED PARCEL SERVICE GENERAL ) | |
| SERVICES, CO., ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant UPS's Motion to Dismiss is ALLOWED. Plaintiff Ginger H. Bryan's sex discrimination claim is DISMISSED as time-barred. All claims not time-barred are DISMISSED without prejudice to refile. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on November 24, 2015, and Copies To:**

Ginger H. Bryan (via US Mail to 1921 Rusty Lee Road, Kinston, NC 28504)
Susan Ballantine Molony (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE RICHARDS JOHNSTON, CLERK |
| November 24, 2015 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |